UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Stephanie Lorraine Coodey,<br><br>Plaintiff,<br><br>v.<br><br>Commissioner of Social Security,<br><br>Defendant. | CASE NO.: 1:25-cv-00169-GSA<br><br>**ORDER GRANTING PLAINTIFF AN EXTENSION OF TIME TO FILE A MOTION FOR SUMMARY JUDGMENT** |

As stipulated, Plaintiff's MSJ deadline is EXTENDED to and including June 16, 2025.

IT IS SO ORDERED.

Dated:   **May 20, 2025**            /s/ Gary S. Austin
                                UNITED STATES MAGISTRATE JUDGE