MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
JAMES KI, WSBN 42978
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (212) 264-2435
james.ki@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE LORRAINE COODEY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.: 1:25-cv-00169-GSA<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

　　　Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from July 16, 2025, up to and including August 15, 2025. This is the Defendant's first request for an extension. Plaintiff's reply, if any, would now be due August 29, 2025.

　　　Defendant makes this request in good faith and for good cause. This case was recently reassigned to me. I am currently assigned to eight cases with briefing deadlines in the next two

weeks.  I have been diligently working on cases, having drafted two briefs in the past week.  Defendant apologies to the Court and to Plaintiff for any inconvenience caused by this request.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: July 10, 2025                /s/ *Laura E. Krank**
                                    (*as authorized via e-mail on July 10, 2025)
                                    LAURA E. KRANK
                                    Attorney for Plaintiff

Dated: July 10, 2025                MICHELE BECKWITH
                                    Acting United States Attorney
                                    MATHEW W. PILE
                                    Associate General Counsel
                                    Social Security Administration

                            By:     /s/ *James Ki*
                                    James Ki
                                    Special Assistant U.S. Attorney

                                    Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including August 15, 2025, to respond to Plaintiff's Motion for Summary Judgment.

IT IS SO ORDERED.

   Dated:   **July 10, 2025**                **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE