UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Stephanie Lorraine Coodey, | No. 1:25-cv-00169-GSA |
| Plaintiff, | ORDER GRANTING EAJA FEES |
| v. | |
| Commissioner of Social Security, | (ECF No. 20) |
| Defendants. | |

Subject to the terms of the stipulation (ECF No. 20), it is **ordered** that, per the EAJA, 28 U.S.C. §2412(d), fees and expenses in the amount of $9,750.00 as authorized by 28 U.S.C. § 2412, and costs in the amount of $405.00 as authorized by 28 U.S.C. § 1920, be awarded.

IT IS SO ORDERED.

Dated:   **September 15, 2025**                      **/s/ Gary S. Austin**
                                                                                    UNITED STATES MAGISTRATE JUDGE

1